**United States District Court**
For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6                      SAN FRANCISCO DIVISION

7

8   SAIYEE AHMED,                          No. C 13-4282 JCS (PR)

9              Plaintiff,                  **ORDER OF TRANSFER**

10         v.

11  BRIAN DUFFY, and
    JEFFERY BEARD,
12
               Defendants.
13  _____/

14

15       This federal civil rights action, in which plaintiff challenges actions taken or to be

16  taken by his jailors at California Medical Facility in Vacaville, is TRANSFERRED to the

17  Eastern District of California because a substantial part of the events or omissions giving rise

18  to the claims occurred, and the defendant resides, in that district.  *See* 28 U.S.C. §§ 84(b),

19  1391(b), and 1406(b).  The Clerk shall transfer this action forthwith.

20       **IT IS SO ORDERED**.

21

22  DATED: October 2, 2013

                                   _____
23                                 JOSEPH C. SPERO
                                   United States Magistrate Judge
24

25

26

27

28
                                                      No. C 13-4282 JCS (PR)
                                                      ORDER OF TRANSFER